## White Cross Stores, Inc. *v.* Cobra Development Corporation et al., Appellants.

Argued April 8, 1974. *David Abrams,* for appellants; *Law-*

*rence N. Ravick,* with him *McCrady, Kreimer, Ravick & Bonistalli,* for appellee.

Order affirmed.